BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 1:10-CV-01318-AWI-GSA |
| Plaintiff,  ) | **FINAL JUDGMENT OF FORFEITURE** |
| v.  ) | |
| APPROXIMATELY $25,665.00 IN U.S. ) CURRENCY,  ) | |
| Defendant.  ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the defendant approximately $25,665.00 in U.S. Currency (hereafter "defendant currency") seized on or about February 4, 2010.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 21, 2010, alleging that said defendant currency is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

3. On September 21, 2010, the Clerk issued a Warrant for Arrest for the defendant currency. The warrant for the defendant currency was duly executed on September 30, 2010.

4. Beginning on August 29, 2010, for at least 30 consecutive days, the United States published notice of this action on the official government forfeiture

1  site www.forfeiture.gov.  A Declaration of Publication was filed on October 1, 2010.

2      5.    In addition to the public notice on the official internet government
3  forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to
4  the following individuals:

5          a.    Inpanh Chanthavongsa

6          b.    Savean Suon

7          c.    Julius Cruz, attorney

8          d.    Sosi Vogt, attorney

9      6.    Inpanh Chanthavongsa and Savean Suon each filed claims and
10  answers in this action.  Besides claimants, no other parties have filed claims or
11  answers in this matter, and the time in which any person or entity may file a claim
12  and answer has expired.

13      Based on the above findings, and the files and records of the Court, it is
14  hereby ORDERED AND ADJUDGED:

15      1.    Upon entry of this Final Judgment of Forfeiture, $22,456.88 of the
16  defendant approximately $25,665.00 in U.S. Currency, together with any interest
17  that has accrued on the entire $25,665.00, shall be forfeited to the United States
18  pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

19      2.    Upon entry of this Final Judgment of Forfeiture, but no later than 45
20  days thereafter, $3,208.12 of the defendant approximately $25,665.00 in U.S.
21  Currency shall be returned to claimants Inpanh Chanthavongsa and Savean Suon
22  through their attorneys Julius Cruz and Sosi Vogt, 2150 Tulare Street, First Floor,
23  Fresno, California 93721, (559) 266-9800.

24      3.    The United States of America and its servants, agents, and employees
25  and all other public entities, their servants, agents, and employees, are released
26  from any and all liability arising out of or in any way connected with the seizure,
27  arrest, or forfeiture of the defendant currency.  This is a full and final release
28  applying to all unknown and unanticipated injuries, and/or damages arising out of

1  said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The
2  parties to this agreement agree to waive the provisions of California Civil Code §
3  1542.
4      4.    That pursuant to the stipulation of the parties, and the allegations set
5  for the Complaint filed on July 21, 2011, the Court finds that there was reasonable
6  cause for arrest and seizure of the defendant currency, and for the commencement
7  and prosecution of this forfeiture action, and a Certificate of Reasonable Cause
8  pursuant to 28 U.S.C. § 2465 shall be entered accordingly.
9      5.    All parties are to bear their own costs and attorneys fees.
10     6.    The U.S. District Court for the Eastern District of California, Hon.
11 Anthony W. Ishii, Chief District Judge, shall retain jurisdiction to enforce the terms
12 of this Final Judgment of Forfeiture.

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint filed July 21, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated:   October 7, 2011                    _____
                                            CHIEF UNITED STATES DISTRICT JUDGE